**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.: 7:20-cv-433 |
| | § | |
| 3.070 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE | § | |
| OF TEXAS; AND LUIS ERNESTO | § | |
| GONZALEZ AND SONIA GONZALEZ, | § | |
| ET AL, | § | |
| | § | |
| *Defendants.* | § | |

_____

**COMPLAINT IN CONDEMNATION**
_____

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§ 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8010
Facsimile:  (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-6052
Owner:  Luis Ernesto Gonzalez and Sonia Gonzalez, et al.
Acres:  3.070

**Being** a 3.070 acre tract (133,733 sq ft) parcel of land, more or less, out of a calculated 26.892 acres, being in the East half of Porcion No. 79, in Starr County, Texas conveyed to Roy Lund, Volume 1240, Page 658 and Luis Ernesto Gonzalez, Volume 1161, Page 261. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-01 2019, having the following NAD83 (2011) Grid Coordinates N=16662165.65, E=876387.48; Thence N80°01'03"E a distance of 3403.19 feet to a found 5/8" iron rod on the North line of the Heirs of George Lund tract, for the **Point of Commencement,** having the following coordinates: N=16662755.58, E=879739.15.

**Thence:** S27°16'50"W departing said property line, to an existing barbed wire fence line, a distance of 1744.97 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6051-2=6052-1, on the East line of the Gladys Marie Doyno ET AL tract, Volume 1510, Page 263 and on the West line of the Heirs of George Lund tract, for the **Point of Beginning,** having the following coordinates: N=16661204.69, E=878939.34, said point being on the Northern boundary of the parcel herein described.

**Thence:** S78°11'25"E departing said property line, departing said fence, along said Northern boundary, a distance of 308.41 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6052-1A for a Point on Line;

**Thence:** S78°11'25"E along said Northern boundary, crossing an existing barbed wire fence line at 147.93 feet, crossing the center of an existing 10 foot wide dirt road at 155 feet, a distance of 308.41 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6052-2=6053-1 for angle, said point being on the East line of the Heirs of George Lund tract and on the West line of the Paul Michael Doyno, Jr. Etal tract, Volume 1510, Page 263 and on the East line of Porcion 79 and on the West line of Porcion 80;

**Thence:** S08°15'35"W departing said Northern boundary, along said property line, along said Porcion line, a distance of 210.40 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6052-3=6053-4 for angle, said point being Southern boundary of the parcel herein described;

## SCHEDULE C (cont.)

**Thence:** N78°11'25"W along said Southern boundary, departing said property line, departing said Porcion line, crossing the center of an existing 10 foot wide dirt road at 266 feet, crossing an existing barbed wire fence line at 271.95 feet, a distance of 328.42 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6052-3A for a Point on Line;

**Thence:** N78°11'25"W along said Southern boundary, crossing the center of an existing 8 foot wide dirt road at 320 feet, to an existing barbed wire fence line, a distance of 328.42 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6051- 3=6052-4 for angle, said point being on the East line of the Gladys Marie Doyno ET AL tract, Volume 1510, Page 263 and on the West line of the Heirs of George Lund tract;

**Thence:** N19°07'57"E along said property line, along said fence, departing said Southern boundary, a distance of 211.73 feet returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (cont.)



## SCHEDULE D (cont.)



Tract:  RGV-RGC-6052
Owner:  Luis Ernesto Gonzalez and Sonia Gonzalez, et al.
Acreage:  3.070

# SCHEDULE E

**SCHEDULE E**

<u>DT ESTATE</u>

Starr County, Texas

Tract(s):  RGV-RGC-6052
Owner: Luis Ernesto Gonzalez and Sonia Gonzalez, et al.
Acres:  3.070

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of lands identified in conveyances recorded with Official Records of Starr County, Texas, volume 1240, page 658, and volume 1161, page 261, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (cont.)



# SCHEDULE F

**<u>SCHEDULE F</u>**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is TWENTY THREE THOUSAND, FOUR HUNDRED AND SEVENTY DOLLARS AND NO/100 ($23,470.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Luis Ernesto Gonzalez and Sonia Gonzalez** <br> ███████████ | **RGV-RGC-6052** <br> Warranty Deed, recorded in Volume 1161, Page 261, Official Records, Starr County, and as Instrument No. 2007-268741; <br><br> Second Amendment to Consolidated Declaration of Taking, filed on 12 September 2019 as Instrument No. 2019-352264, in The United States District Court Southern District of Texas McAllen Division. |
| **Nora Lund Gomez** <br> ███████████ | Motion to Substitute Nora Lund Gomez and Jacqueline Mae Lund Thompson in Place of "Unknown Heirs of Roy Leonard Lund," filed 6 February 2019 as Case 7:08-CV-203, Document 67, in The United States District Court Southern District of Texas McAllen Division; <br><br> Second Amendment to Consolidated Declaration of Taking, filed on 12 September 2019 as Instrument No. 2019-352264, in The United States District Court Southern District of Texas McAllen Division. |
| **Jacqueline Mae Lund Thompson** <br> ███████████ | Motion to Substitute Nora Lund Gomez and Jacqueline Mae Lund Thompson in Place of "Unknown Heirs of Roy Leonard Lund," filed 6 February 2019 as Case 7:08-CV-203, Document 67, in The United States District Court Southern District of Texas McAllen Division; <br><br> Second Amendment to Consolidated Declaration of Taking, filed on 12 |

| | |
|---|---|
| | September 2019 as Instrument No. 2019-352264, in The United States District Court Southern District of Texas McAllen Division. |
| **John Lund** ▮▮▮▮▮▮▮▮▮▮ | Motion to Add John Lund as a Party Defendant, filed 26 March 2019 as Case No. 7:08-CV-203, Document 79, in The United States District Court Southern District of Texas McAllen Division;<br><br>Second Amendment to Consolidated Declaration of Taking, filed on 12 September 2019 as Instrument No. 2019-352264, in The United States District Court Southern District of Texas McAllen Division. |
| **John D. Lund** c/o Jay Bartlett, Attorney 100 N. Tampa St., Suite 2050 Tampa, FL  33602 | Motion to Add Darlene K. Lund Bailey, John D. Lund, Tandy Z. Lund Hinrichs, and Dina M. Lund Castaneda as Party Defendants, filed 22 March 2019 as Case No. 7:08-CV-203, Document 77, in The United States District Court Southern District of Texas McAllen Division;<br><br>Second Amendment to Consolidated Declaration of Taking, filed on 12 September 2019 as Instrument No. 2019-352264, in The United States District Court Southern District of Texas McAllen Division. |
| **Darlene K. Lund Bailey** ▮▮▮▮▮▮▮▮ | Motion to Add Darlene K. Lund Bailey, John D. Lund, Tandy Z. Lund Hinrichs, and Dina M. Lund Castaneda as Party Defendants, filed 22 March 2019 as Case No. 7:08-CV-203, Document 77, in The United States District Court Southern District of Texas McAllen Division;<br><br>Second Amendment to Consolidated Declaration of Taking, filed on 12 September 2019 as Instrument No. 2019-352264, in The United States District Court Southern District of Texas McAllen Division. |

| | |
|---|---|
| **Tandy Z. Lund Hinrichs** <br> ███████████████ | Motion to Add Darlene K. Lund Bailey, John D. Lund, Tandy Z. Lund Hinrichs, and Dina M. Lund Castaneda as Party Defendants, filed 22 March 2019 as Case No. 7:08-CV-203, Document 77, in The United States District Court Southern District of Texas McAllen Division; <br><br> Second Amendment to Consolidated Declaration of Taking, filed on 12 September 2019 as Instrument No. 2019-352264, in The United States District Court Southern District of Texas McAllen Division. |
| **Dina M. Lund Castaneda** <br> ███████████████ | Motion to Add Darlene K. Lund Bailey, John D. Lund, Tandy Z. Lund Hinrichs, and Dina M. Lund Castaneda as Party Defendants, filed 22 March 2019 as Case No. 7:08-CV-203, Document 77, in The United States District Court Southern District of Texas McAllen Division; <br><br> Second Amendment to Consolidated Declaration of Taking, filed on 12 September 2019 as Instrument No. 2019-352264, in The United States District Court Southern District of Texas McAllen Division. |
| **Ameida Salinas** <br> Starr County, Texas, Tax Assessor-Collector <br> 100 N FM 3167, Ste. 200 <br> Rio Grande City, Texas 78582 | Property Taxes |
| **The Known and Unknown Heirs of Rosa Lund Harris, Deceased** | Unopposed Motion to Dismiss the Estate of Rosa Lund Harris, filed 29 May 2019 as Case No. 7:08-CV-203, Document 85, in The United States District Court Southern District of Texas McAllen Division. |

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a)  PLAINTIFFS**

United States of America

**(b)**   County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*
Megan Eyes, Assistant United States Attorney, SDTX, 1701 W. Bus. Hwy. 83, Suite 600, McAllen, TX 78501

**DEFENDANTS**
3.070 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND LUIS ERNESTO GONZALEZ AND SONIA GONZALEZ, ET AL

County of Residence of First Listed Defendant       STARR
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II.  BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 2   U.S. Government
Defendant

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                         *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  NATURE OF SUIT** *(Place an "X" in One Box Only)*                                      Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine ☐ 345 Marine Product Liability | Liability **PERSONAL PROPERTY** | | ☐ 840 Trademark **LABOR** | ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration ☐ 899 Administrative Procedure |
| ☐ 220 Foreclosure ☐ 230 Rent Lease & Ejectment | ☐ 441 Voting ☐ 442 Employment | ☐ 463 Alien Detainee ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land ☐ 245 Tort Product Liability | ☐ 443 Housing/ Accommodations | ☐ 530 General ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | **Other:** ☐ 540 Mandamus & Other | **IMMIGRATION** ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V.  ORIGIN** *(Place an "X" in One Box Only)*

☒ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
Another District
*(specify)*

☐ 6   Multidistrict
Litigation -
Transfer

☐ 8   Multidistrict
Litigation -
Direct File

**VI.  CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security.

**VII.  REQUESTED IN**
**COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:       ☐ Yes     ☒ No

**VIII.  RELATED CASE(S)**
**IF ANY**

*(See instructions):*

JUDGE                                                      DOCKET NUMBER

DATE
12/28/2020

SIGNATURE OF ATTORNEY OF RECORD
s/ Megan Eyes

**FOR OFFICE USE ONLY**

RECEIPT #                 AMOUNT                           APPLYING IFP                          JUDGE                           MAG. JUDGE