IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.: 7:20-CV-433 |
| | § | |
| 3.070 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE | § | |
| OF TEXAS; AND LUIS ERNESTO | § | |
| GONZALEZ AND SONIA GONZALEZ, | § | |
| ET AL, | § | |
| *Defendants.* | § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

NOW COMES, United States of America, by and through Jennifer B. Lowery, Acting United States Attorney, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Plaintiff, United States of America
2. Defendant, Luis Ernesto Gonzalez, Rio Grande City, TX 78582
3. Defendant, Sonia Gonzalez, Rio Grande City, TX 78582
4. Defendant, John D. Lund, c/o Jay J. Bartlett, Smolker, Bartlett, Schlosser, Loeb & Hinds, PA, Tampa, FL 33602
5. Defendant, Lund Bailey, c/o Jay J. Bartlett, Smolker, Bartlett, Schlosser, Loeb & Hinds, PA, Tampa, FL 33602
6. Defendant, Dina M. Lund Castaneda, c/o Jay J. Bartlett, Smolker, Bartlett, Schlosser, Loeb & Hinds, PA, Tampa, FL 33602
7. Defendant, Tandy Z. Lund Hinrichs, c/o Jay J. Bartlett, Smolker, Bartlett, Schlosser, Loeb & Hinds, PA, Tampa, FL 33602
8. Defendant, Nora Lund Gomez, La Porte, TX 77571[1]

---

[1] Nora Lund Gomez has disclaimed any financial interest in this case; however, she is still pending dismissal. *See* Notice of Disclaimer (Dkt. No. 5).

9. Defendant, The Known/Unknown Heirs of Rosa Lund Harris, deceased

10. Defendant, Starr County Tax Assessor-Collector, Rio Grande City, TX 78582

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By: *s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

## CERTIFICATE OF SERVICE

I, Megan Eyes, Assistant United States Attorney for the Southern District of Texas, hereby certify that on April 19, 2021, a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

*s/ Megan Eyes*
MEGAN EYES
Assistant United States Attorney